## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Charles E. Brown # 3404771                           *

Stevens Correctional Center/ 795 Virginia Ave.

Welch, West Virginia  24801                          *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

FILED

JAN 1 2 2017

TERESA L. DEPPNER, CLERK
U.S. District Court
So. the District of West Virginia

vs.                                                  *      **Civil No.:**  $2:17-cv-00542$
                                                            *(Leave blank.  To be filled in by Court.)*

Stephen Vogrin,Assistant Prosecuting Attorney

Joe Cuchta,  Ohio County Sheriff's Department       *

1500 Chapline Street 2nd Floor

Wheeling, West Virginia                              *

26003
*(Full name and address of the defendant(s))*
**Defendant(s)**                                     *
                                                    ******

## COMPLAINT

1.    Jurisdiction in this case is based on:

      [✓]    Diversity (none of the defendants are residents of the state where plaintiff is a
             resident)

      [✓]    Federal question (suit is based upon a federal statute or provision of the United
             States Constitution)

      [✓]    Other (explain) Perjury during the Grand Jury proceeding's in the Circuit Court

             of Ohio County, raised Pro Se on Habeas Corpus cause Attorney Adrew

             Shumate refused to file on my behalf siteing ethical reasons

2.   The facts of this case are:

During the Grand Jury proceeding's held on monday, Jan 9th 2006 in the Ohio County

Courthouse room 510, at 1500 Chapline St., Wheeling W. Va., 26003 commencing at

10:41 am Prosecuting Attorney Stephen Vogrin procured a witness for the state in case

number 06-F-8. At such time the state put forth false testimony in order to secure an

eight count indictment aginist plaintiff herein. The state's witness,(Joe Cuchta),

liutenant of the Ohio County Sheriff Department told the Grand Jury that plaintiff herein

confessed to the shooting of one James Sibert. (no such statement exist on any court

record or any document known to plaintiff), States witness also told the Grand Jury that

the weapon used during the commission  of the shooting was found in the possession

of the plaintiff herein, along with another weapon. The weapon that was supposed to be

used was never found,(Glock 45),. As my evidence I submitt to you a true copy of the

Grand Jury minutes, also a true copy of the Jury Trial Excerpts with all evidence noted

and marked by index. Also included is a copy of what the state is calling a Gun Shoot

Residue Test. Plaintiff is indigent and con only afford one true copy of the facts to be

presented to the court at the time.

3.   The relief I want the court to order is:

☑   Damages in the amount of:1,000,000.00 per year of unjust confindment

☑   An injunction ordering: upon decision from the lower court, release from confindment

☑   Other (explain) Prosecution of the parties involved ot the fullest extent of the law, with

equal protection of the law which was not provided to me.

_____
(Date)

_____
(Signature)

Charles E. Brown # 3404771

Stevens Correctional Center

795 Virginia Avenue

Welch, West Virginia      24801
(Printed name, address and phone number of
Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

## CERTIFICATE OF SERVICE

I, <u>Charles E. Brown</u>, do hereby certify that I have served a true, and correct copy of my Federal Complaint Form to the Robert C. Byrd United States Courthouse (via: US Mail postage pre-paid) in a standard envelope on this 9th day of January, 2017.

Mrs. Teresa L. Deppner, District Court Clerk
Robert C. Byrd United States Courthouse
300 Virginia Street, East Room 2400
Charleston, WV, 25301

---

STATE OF WEST VIRGINIA
COUNTY OF Kanawha, to wit:

Taken, Sworn, and Subscribed to before me the undersigned authority, on this 9th day of January , 2017.
My Commission Expires: ___11/22/2021___



NOTARY PUBLIC OFFICIAL SEAL
RHONDA L. SPEARS
State of West Virginia
My Commission Expires Nov. 22, 2021
STEVENS CORRECTIONAL CENTER
795 VIRGINIA AVENUE, WELCH, WV 24801

(Notary Public)

Hjm:MJH
SCA-C100.098/kj

Charles E. Brown
Stevens Correctional Center – 4B
795 Virginia Avenue
Welch, WV, 34801